HOWARD J. MEEHAN, JR. *v.* ADMINISTRATOR, UNEMPLOYMENT COMPENSATION ACT, ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court (AC 15159) is denied.

*G. Russell Stewart III*, in support of the petition.

Decided December 21, 1995

RICHARD SINGER *v.* STATE EMPLOYEES RETIREMENT COMMISSION

The plaintiff's petition for certification for appeal from the Appellate Court, 39 Conn. App. 906 (AC 13791), is denied.

*Richard Singer*, pro se, in support of the petition.

*Maria C. Rodriguez*, assistant attorney general, in opposition.

Decided December 21, 1995

The plaintiff's petition for certification for appeal from the Appellate Court, 39 Conn. App. 608 (AC 13997), is granted, limited to the following issue: